MAX SINGER, Respondent, *v.* RUBY ELKIND FOOD SHOP, INC., Appellant.

Submitted November 28, 1949; decided December 1, 1949.

*Louis Susman* for motion.

*Bernhardt M. Meisels* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.